

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

kbitar@seyfarth.com
T (212) 218-5261

www.seyfarth.com

October 9, 2020

**VIA ECF**

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Doe v. Poly Prep Country Day School*, 1:20-cv-04718

Dear Judge Matsumoto,

We represent Defendant Poly Prep Country Day School ("Poly") in the above-referenced action. We write to advise the Court that the parties have conferred and consented to a one week adjournment of Poly's time to answer under Fed. R. Civ. P. 81(c)(C), or to otherwise respond to the Complaint.

Respectfully submitted,

SEYFARTH SHAW LLP


/s/ Karen Y. Bitar
Karen Y. Bitar
cc: All Counsel of Record (via ECF)