```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JOHN DOE,

                    Plaintiff,
                                        CERTIFICATION PURSUANT
        v.                              TO 28 U.S.C. § 2403(b)

POLY PREP COUNTRY DAY SCHOOL,           20-CV-4718(KAM)(SMG)

                    Defendant.
----------------------------------X
```

**KIYO A. MATSUMOTO, United States District Judge:**

The court hereby certifies that the defendant in this action intends to challenge the New York Child Victim Act, New York Civil Practice Law & Rules Section 214-G (the "CVA"), as unconstitutional under the constitution of the State of New York.  Pursuant to 28 U.S.C. § 2403(b), the State of New York may intervene on the question of the CVA's constitutionality.

The defendant is ordered to serve a copy of this Certification and the notice required under Federal Rule of Civil Procedure 5.1 upon the Attorney General of the State of New York, and to file a declaration of service with the court via ECF by October 30, 2020.

**SO ORDERED.**

Dated:    Brooklyn, New York
          October 27, 2020

                                      _____/s/_____
                                      Hon. Kiyo A. Matsumoto
                                      United States District Judge