| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | | |
|---|---|---|---|
| Before: Diane Gujarati<br>U.S. District Judge | | Date:<br>Time: | 1/22/2021<br>11:00 a.m. |

Court Deputy: Kelly Almonte
Court Reporter/Tape No: 20cv4718.1.22.21

*John Doe v. Poly Prep Country Day School*
20-CV-4718 (DG)(PK)

Type of Conference: Premotion Conference

Appearances:   Plaintiff        Jason Berland

               Defendants   Karen Bitar, Gershon Akerman

Summary: Pre-Motion Conference held on 1/22/2021 at 11:0 a.m. Jason Berland appeared on behalf of Plaintiff; Karen Bitar and Gershon Akerman appeared on behalf of Defendant. Case called. Discussion held. Mr. Akerman was instructed to file a notice of appearance forthwith. The Court set a briefing schedule for Defendant's anticipated Motion to Dismiss. Defendant shall file its motion by February 12, 2021; Plaintiff shall file any opposition by March 5, 2021; and Defendant shall file a reply, if any, by March 12, 2021. The parties are granted 10 extra pages for the motion and response but are reminded that the motion briefing must comply in all other respects with this Court's Individual Practice Rules.

SO ORDERED.

/s/ Diane Gujarati
DIANE GUJARATI
United States District Judge