UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN DOE.,

                Plaintiff,

    - against -

POLY PREP COUNTRY DAY SCHOOL,

                Defendant.
------------------------------------------------------------x

Case No.: 1:20-cv-04718-DG-PK

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that Gershon Akerman, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for Defendant Poly Prep Country Day School in the above-captioned action. Mr. Akerman hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       January 22, 2021

SEYFARTH SHAW LLP

By: */s/ Gershon Akerman*
    Gershon Akerman
    Gakerman@seyfarth.com
    620 Eighth Avenue
    New York, New York 10018
    Telephone: (212) 218-5500
    Facsimile: (212) 218-5526

*Attorneys for Defendant Poly Prep Country Day School*