**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

kbitar@seyfarth.com

T (212) 218-5261

www.seyfarth.com

August 30, 2021

**VIA EMAIL**

Jason H. Berland, Esq.
Lewis Baach Kaufmann Middlemiss PLLC
405 Lexington Avenue, 64th Floor
New York, NY 10174
Jason.Berland@LBKMLAW.com

> **Re:     John Doe v. Poly Prep Country Day School**
> **Case No. 1:20-cv-04718-DG-PK**

Dear Mr. Berland:

As you know, this firm is counsel to the defendant, Poly Prep Country Day School ("Poly"), in this matter.  As required by Rule III.B.4 of the Hon. Diane Gujarati's Individual Practice Rules, please find enclosed the following documents:

(a)     Notice of Motion to Dismiss Plaintiff's Amended Complaint

(b)     Memorandum of Law in Support of Poly's Motion to Dismiss

(c)     Declaration of Karen Y. Bitar and Exhibits A–C thereto.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Karen Y. Bitar*

Karen Y. Bitar

Enclosures